# 1

On 1-24-23 I was sent to RHU 5-cell about 12:25 P.M. When I got in the cell there was urine in the toilet and the whole cell smelled like urine, plus my water was turned off. I asked Co. Aponte if he will cut my cell water on and he informed me that he was ordered not to turn on NO CELL WATER!! Now here I am smelling someone else urine; my eyes are BURNING and my head is starting to HURT from the cell smelling like urine. I've been in the cell (5) from 12:25 P.M. until 4:45 P.M. (count) before someone came and cut my water on; but once I flushed my toilet, they cut my water off again. My water to my cell should not be turned off; it should always be ON UNLESS I was flooding my cell, but I DID NOT flood my cell. It is UNLAWFUL and UNHEALTHY to have to SMELL SHIT and URINE; it against your RIGHTS as a PRISONER to be TREATED such way, especially if YOU DID NOT DO ANY-THING TO DESERVE TO BE TREATED SUCH. PRISONERS RIGHTS; you are entitle to have RUNNING WATER at ALL TIMES in YOUR CELL UNLESS YOU DO something that allow them to have to CUT IT OFF (FLOOD YOUR CELL)!! Now my cell WATER was cut off from 12:25 P.M til 4:45 P.M; cut on at 4:45 P.M and cut back off at 4:48 P.M, and hasn't been back on until, I just took a dump (SHIT) at 5:00 P.M. and asked Co. Aponte if I can get my toilet flushed, he said that I have to wait until someone come down to turn my water on, order for me to flush my toilet. Now I got to SMELL MY OWN SHIT from 5:05 P.M until ?? (At 4:45 P.M. Co. Kaolin came and cut on each cell water). You can't even wash your hands after you use the toilet. I am still waiting for my toilet to be flushed since I took the dump (SHIT) at 5:00 P.M. They came and cut my water on a 9:45 P.M, then cut it back off a 9:48 P.M. Now my water been off since 9:48 P.M. til its 6:30 a.m, and I had urined twice (2) last night and have been smelling my own urine last night til 6:30 a.m. til. This is 1-25-23 6:30 a.m. Co. Williams stated that shift commander is suppose to send somebody down every three (3) hrs to cut the water on to the cells; but the last time the water (my water) was cut on were 9:45 P.M. and it's 6:30 a.m. 1-25-23 and my water is still shut off. This is what you will call CRUEL and UNUSUAL PUNISHMENT as far as PRISONERS RIGHTS is concern. Now it's 12:30 p.m. and my

Water has still not been cut on; now I am getting ready to take a dump (Shit). I have taken a dump (Shit) and it's 12:35 p.m. and I asked Co. Williams to have water cut on, he informed me that Shift Command send someone down every three (3) hrs. to cut the water on for the cells; I have urined three (3) times and took a dump (Shit) which I am in cell #5 smelling my own Shit and urine from 12:30 p.m. til ??. I can't even get water to drink. My water been off from 9:48 p.m. til, it is now 3:25 p.m. and they are just coming around to cut my water on so that I can flush my toilet and get a drink of water; So from 9:48 p.m. (1-24-23) til 3:25 p.m. (1-25-23) my water have shut off; and from said 11:00 p.m. (1-24-23) til 12:25 p.m. (1-25-23) I've been smelling my urine; then from 12:30 p.m. til 3:25 p.m. I've been smelling my urine and Shit, which didn't smell nice at all; plus my eyes got to burning and my head got to hurting!! Co. Williams left at two (2) o'clock (2:00 p.m.) which I was sleep and Co. Tommea woke me up and told me to flush my toilet and get a drink of water (3:25 p.m. 1-25-23). I asked why my cell water turned off. Co. Steveson said because some of the inmates back here flooded their cells; but that have nothing to do with me and my water being turned on. I DIDN'T FLOOD MY CELL, so MY WATER SHOULD NOT be turn off at all!! Rights as a prisoner states that I should have running water in my cell at all times, unless I do something to have them shut it off; which I HAVE NOT DONE ANYTHING FOR MY WATER to be SHUT OFF!! But they REFUSE to cut my water on (Cell #5) and I havn't broken no rule nor regulation that MY WATER SHOULD be SHUT OFF. That's CRUEL UNUSUAL PUNISHMENT being DONE to ME!! Violation of 8th amendment RIGHT (CRUEL + UNUSUAL PUNISHMENT)!! My cell (5) water was cut on at 3:25 p.m. 1-25-23; and havn't been cut on since, it's 7:30 p.m. and the man nurse came on the RMU module to give out medication, Co. Steveson was with the male nurse; My water did not get cut on so I can get water to take my medication, the male nurse had to give me a cup of water so that I can take my medication. So my water was cut on at 3:25 p.m. and was cut off at 3:26 p.m. and havn't been on since, and it's 7:30 p.m. 1-25-23; and I have urinated about four (4) times and is smelling own urine which my eyes are burning and my head is hurting!!

I told C.O. Stevenson and he said that there's nothing he can do, I have to wait til Shift command send someone down to cut the water on. ~~1-25-23 they came and moved me from RHU cell #5 to A-module cell~~ ~~#18~~ At 1:45 p.m. they came and took me from A-18 and put me back in RHU cell #5, and my water is still shut off. 1-26-23 - 1:46 p.m. Now I have taken three (3) urines and I can't get my toilet flushed. My eyes are starting sting and my head is starting to hurt. I asked C.O. Cancel to shut my water on and he said that he is order to not shut no water and Shift command will send somebody down to shut the water on, so that we can flush our toilets and water to drink, its 5:45 p.m. (1-25-23) I came in RHU cell #5 at 1:46 p.m. and my water to my cell have not been turned on not once yet: it is now 8:45 p.m. and I just got woken up by C.O. Cancel and the female nurse to take my medication and had no water to take my medication with lucky I had my juice from dinner, which is what I took my medication with. I've been in RHU cell #5 since 1-26-23 at 1:46 p.m. and my water have not been turned on yet; as of right now it's 8:50 p.m. 1-26-23 and has not been turned on and the urine smell is real bad in my cell, eyes are burning real bad, and head is starting to hurt again. I told the female nurse and she said that there's nothing she can do, so asked for her name and she refuse to give it to me (she worked on 1-26-23 on night it's 8:55 p.m.) ~~*****~~ I took a dump 1-26-23 about 10:30 p.m. and my water was not turned on for me to flush my toilet and now it's 6:30 a.m. 1-27-23 and my water has still not been turned on. I have been smelling my own urine since 1:46 p.m. 1-26-23 and now I have been smelling my own SHIT and urine since 10:30 p.m. 1-26-23 til 6:30 a.m. 1-27-23 and the smell is REAL, REAL BAD, where my eyes is stinging real bad, and my head is HURTING and my BREATH IS FUCKED UP. I asked Ofc. Rothrock to cut my water on and he said that Shift command will send someone down to cut all the cell waters on so they can flush there toilet and get a drink of water, so there's nothing he can do until Shift command send an ofc. down to cut the water on. 7:00 a.m. 1-27-23) It's now 10:35 a.m. and they are serving lunch, and asked ofc. Rothrock if he will please cut my water on for it is REAL STINKING in here (Shit and Urine) and he said, I can smell it when I opened the flap (1-27-23 10:35 a.m.)

~~[scribbled out]~~ So, after I came back from the dispensary (Ofc. Furlow + Ofc. Walton took me to dispensary for blood work) Ofc. Rothrock said "I'm going to cut your water on so that you can flush shit, because it definitely smells real bad." So, at 10:45 a.m. 1-27-23 Ofc. Rothrock cut my water to my cell(5), and I flushed my toilet and got myself two(2) cups of water, I Ofc. Rothrock that I appreciate him." It's now 2:15 p.m. 1-27-23, I just woke up and pushed the button to my toilet and it is on and my cold water is on; So I guess that they decided to cut the back on. But my 8th amendment right has already been violated ~~[scribbled]~~ (CRUEL and UNUSUAL PUNISHMENT) I just found out that my water should not be on; the reason that it's on is because Ofc. Rothrock didn't shut it back off when he cut it on at 1-27-23 10:45 a.m.; So, it might get shut back off once they find out that it's still on; I don't know, but if they shut it back off, I will document it (it 1-27-23-2:35 p.m.). It's 1-28-23, 7:00 a.m. and my water is still on now it's 1-28-23-11:15 a.m. and Ofc. ?(6:00 a.m. til 2:00 p.m. shift) came down and ask me if I ~~[scribbled]~~ want my water cut on, I told him no, because my water is still on from Ofc. Rothrock didn't shut it back off on 1-27-23; 10:45 a.m.; the reason I told the "6:00 a.m. to 2:00 p.m. Ofc.," no because I didn't want him to realize that my water is already on and he shut it off. But everybody else cell water is shut off from cell 1 to 20 and from cell 11 to 20 there are two(2) to a cell. It's now 1-28-23 4:00 p.m. and the last time they came around for the RHU inmates to flush their toilets and get drinking water was 11:15 a.m. (also when the workers have to urine they go into the mop closet and piss in the sink) there's no bathroom down in RHU for the workers to use, nor for the Ofc. to use, the Ofc. also piss in the mop room closet sink. 1-28-23 8:30 p.m. Ofc. Beammer came around in RHU asking if ~~[scribbled]~~ anyone need their cell water turned ~~[scribbled out lines]~~ It's now 1-29-23 7:00 a.m. Ofc. Mayers is working RHU. The last time that the water was turned on was 1-28-23 8:30 p.m. (which is 11 hrs) (I am being dehydrated for lack of drinking water) and the water has still not been turned on; it's now 1-29-23 9:50 a.m. and Ofc. Mayers came around and allowed inmates in RHU to flush their toilets and get a drink of water.

I wrote the RHU counselor concerning my water on 1-25-23 ~~[scribbled]~~; I also wrote the RHU Sgt. concerning my water on 1-26-23; I wrote Lt. Wylie concerning my water on 1-27-23; I wrote Captain Nottingham concerning

my water on 1-28-23; 2. Deputy Warden Ms. Reed concerning my water on 1-29-23; The last person I wrote concerning my water was Warden Matelis on 1-30-23; I haven't got any response back as of yet; ~~rescare tocase to case to case to case to case to case to case~~ It's 1-29-23 8:30 p.m. and ofc. Tucker cut my water off; now it's 1-30-23 7:00 a.m. and water is still off (from 8:30 p.m. 1-29-23 to 7:00 a.m. 1-30-23) that's 11 hrs; now I have urine and shit in my toilet and I can't flush, which it's REALLY STINKING BAD; ofc. 6:00 to 2:00 p.m [ofc. Williams] said that he is only following orders and that I have to wait until they send someone down to cut the RHU cell water on; at 10:35 a.m. Lt. Whitesell made his rounds and I asked him about the (my) water being turned and he stated that all RHU cell water is turned off per order of everyone over his statue (Captain, Deputy Warden, and Warden), that there NOTHING that he can do; he have a Boss and have orders to follow (1-30-23 10:35 a.m.); I just been woke up for dinner 1-30-23 5:00 p.m. and there is still shit and urine in my toilet and it smells real bad, ~~water~~ the last time my ~~toilet~~ water was shut on, was 1-29-23 8:30 p.m.; and now it's 5 p.m. 1-30-23 that's almost 24 hrs; as I am documenting this water situation ofc. ~~Budla~~ 2 to 10 shift is coming by cutting on the water so that we ~~can~~ (I) ~~can do~~ can flush the toilet and get water. It's 5:15 p.m. 1-30-23; it's 1-30-23 6:40 p.m. Sgt. Beck came back to RHU ~~to~~ to make his rounds as he did so, he stated to the whole RHU; the reason that the water is turned off is cause some inmates want to flood there cells; he also said that he is going to try and have the water shut back on at night just as long as RHU will not give any more problems with flood there cells; he also stated that before he can have the water cut back on in RHU he has to go call and talk to the HIGHER ~~ooo~~ UPS... but no matter the answer he will get back with the RHU; Sgt. Beck came back and said that the water in RHU is being cut back on; it's 1-30-23 6:50 p.m. and everybody water in RHU is being turned on; end of water document. 1-30-23 6:50 p.m. (at ~~~~ 7:00 p.m. 1-30-23 ofc. Novela

6

came around and cut everybody water on in RHU and made sure that the toilet flushed and the sink worked. My toilet flushed but my sink didn't work; unless ofc. Abudia don't know how to turn the sink on because my sink water did work; It's 1-31-23 10:30 a.m.; I'm this because I have not received anything (responses) back from anyone I wrote requests to concerning my cell water in RHU (5) being shut off, (RHU counselor, 1-25-23; RHU Sgt., 1-26-23; Lt. Wylie 1-27-23; Capt. Nottingham 1-28-23; Deputy Warden Reed 1-29-23; and Warden Matelis 1-30-23) Because even though my water has been shut back on; on 1-30-23 I am still putting in my lawsuit, because my 8th amendment Rights was violated from 1-24-23 to 1-30-23 which was 7 Days a whole week, which I Did Not Deserve that Cruel and Unusual Punishment!! At 8:45 p.m. 2-1-23 ofc. Stevenson put a request in the RHU box for me, which was for account office so that they could fill out a civil action short form concerning what I have on my account (Balance).

# PrimeCare Medical, Inc.
## — SICK CALL REQUEST / PETICÍON DE ENFERMERIA —

NAME / NOMBRE: Jimmy Wilson Jr    DATE / FECHA: 2-18-23

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE: Q22319

DATE OF BIRTH / FECHA DE NACIMIENTO: 6-3-59

(UNIT / CELL) / (UNIDAD / CELULA): H-13

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD: My left shoulder, neck and hand is still giving me PAIN! I have written two(2) sick call slips, this is my third(3rd). Can I get something for the PAIN? I am suppose to get physical therapy for my shoulder???

*(TO BE COMPLETED BY MEDICAL STAFF) / (PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: 2-21-23

RESPONSE: _[illegible signature]_

_____ (SIGNATURE)    2-21-23 (DATE)

Form # 9113 AU
PCM Forms Manual © 2016

# PrimeCare Medical, Inc.
## — SICK CALL REQUEST / PETICÍON DE ENFERMERIA —

NAME / NOMBRE Jimmy Lee Wilson Sr. DATE / FECHA 2-3-23

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE 020219

DATE OF BIRTH / FECHA DE NACIMIENTO 6-3-59

(UNIT / CELL) / (UNIDAD / CELULA) R.H.U. Cell #1

H 13

===

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD I been having pain in my left shoulder since 1-25-23 and now the pain is going up the side of my left neck, the be waking me up out of my sleep, I am suppose to be going outside concerning my left shoulder, but the pain is also up on the left side of my neck! This is the 3 sick call slip that I have put in since the pain started in my left shoulder now the is in the left side of my neck. I NEED to see somebody concerning this pain on my upper left side shoulder and neck!!!

*(TO BE COMPLETED BY MEDICAL STAFF) / (PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: 2.9.23

RESPONSE: Scheduled

(SIGNATURE)  2.9.23 (DATE)

Form # 9113 AU
PCM Forms Manual © 2016




U.S.M.J.

Jimmy Lee Wilson Sr. 08239
1130 South Easton Rd.
Doylestown, Pa., 18901

Clerk of Court, EDPa
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, Pa., 19106

MAR - 3 2023

MAR - 3 2023