JIMMY LEE WILSON, SR
022319
BUCKS COUNTY DEPARTMENT OF CORRECTIONS
1760 S. EASTON ROAD
DOYLESTOWN, PA. 18901

--------------------------------------------------------------------------------

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
PHILADELPHIA, PA 19106-9865

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Not Here

RTS

PHILADELPHIA PA 190

RECEIVED
JUL 20 RECD
U.S.M.S.
X-RAY

NIXIE    171    CE 1        2207/14/23
            RETURN TO SENDER
            REFUSED
            UNABLE TO FORWARD

B96732.03
US POSTAGE
FIRST-CLASS
062S0012924923
FROM 19106
$0.60 0
stamps